# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WESTMORE EQUITIES, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 15-cv-00109-JPG-DGW<br>) |
| CITY OF MOUNDS, *an Illinois Municipal Corporation,* | )<br>)<br>) |
| Defendant/Third-Party Plaintiff, | )<br>) |
| WAYMON A. BUTLER, JR. and, | )<br>) |
| ROBIN L. BARKSDALE, | )<br>) |
| Defendants, | )<br>) |
| vs. | )<br>) |
| DEVELOPMENT & MUNICIPAL INITIATIVES, LLC, | )<br>)<br>) |
| KEITH J. MORAN, | )<br>) |
| ERIC K. WHITE, and | )<br>) |
| DEBORAH PROSSER-WHITE, | )<br>) |
| Third-Party Defendants. | )<br>) |

## MEMORANDUM AND ORDER

This matter comes before the Court on Third-Party Plaintiff, City of Mounds' Motion (Doc. 128) of Withdrawl of Motion (Doc. 120) for Leave to Amend Second Amended Third-Party Complaint and supporting memorandum (Doc. 121).

The Motion (Doc. 128) is **GRANTED**. The Clerk of Court is **DIRECTED** to **STRIKE** Third-party plaintiff, City of Mounds', Motion (Doc. 120) for Leave to Amended Second

1

Amended Third-party complaint and supporting memorandum (Doc. 121) from the record.

**IT IS SO ORDERED.**

**DATED:** 12/28/2016         *s/J. Phil Gilbert*
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**